# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| James, Robert G. | U.S. District Court, Louisiana | 05/08/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Courthouse<br>201 Jackson Street, Suite 201<br>Monroe, LA 71201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | James Real Estate |
| 2. Member | Judd & Company, LLC |
| 3. Member | James Minerals, LLC |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Louisiana State Employees Retirement System |
| 2. | |
| 3. | |

James_Robert_G

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Louisiana State Employees Retirement System | $31,781.00 |
| 2. 2008 | James Minerals, LLC (partnership income) | $5,906.00 |
| 3. 2008 | James Real Estate (partnership income) | $3,244.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Lincoln Parish District Attorney |
| 2. 2008 | State of Louisiana |
| 3. 2008 | James Minerals, LLC (partnership income) |
| 4. 2008 | James Real Estate (partnership income) |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Real Estate Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Timber Property, Vienna, La (Woodvale) | | None | K | W | | | | | |
| 2. Timber Property, Union Parish, La. (cabin) | | None | K | W | | | | | |
| 3. James Real Estate | F | Rent | N | W | | | | | |
| 4. | A | Royalty | | | | | | | |
| 5. Judd & Company, LLC (17.10%) | C | Royalty | M | W | | | | | |
| 6. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 7. Undeveloped Property, Lincoln Parish, LA ( 1/3 int.) (Slaton) | | None | J | W | | | | | |
| 8. ▮▮▮▮, Bienville Parish, La (1/3 int.) (Weyerheauser) | | None | J | W | | | | | |
| 9. Timber Property #1, Bienville Parish, La ( 1/3 int.)(Smelly) | | None | K | W | Sold (part) | 12/31 | J | C | Ewing Timber |
| 10. Timber Property #2, Bienville Parish, La ( 1/3 int.) (Neal) | | None | K | W | | | | | |
| 11. ▮▮▮▮, Union Parish, LA (Middle Fork) | | None | M | W | | | | | |
| 12. Undeveloped property, Jackson Parish, LA ( 1/3 int.) (farm) | | None | J | W | Sold (part) | 07/15 | J | A | Entergy, Right of Way sale |
| 13. IRA #3 | A | Dividend | K | T | | | | | |
| 14. -Fidelity Investments-Four-In-One Index | | | | | | | | | |
| 15. Merrill Lynch - Brokerage Account #2 | | | | | | | | | |
| 16. -Automatic Data Proc | A | Dividend | | | Transferred (to line 52) | 04/25 | J | | |
| 17. -Pepsico Inc | A | Dividend | | | Transferred (to line 56) | 04/25 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -CMA Money Fund | A | Interest | | | Closed | 04/30 | J | | |
| 19.   -Encana Corp | A | Dividend | | | Transferred (to line 55) | 04/25 | K | | |
| 20.   -AFLAC Inc | A | Dividend | | | Transferred (to line 51) | 04/25 | K | | |
| 21.   -I Shares RUS MDCP VAL | | | | | Sold | 01/30 | K | C | |
| 22.   -BCE Inc | A | Dividend | | | Sold | 06/30 | J | C | |
| 23.   -I Shares MSCI Japan Index | A | Dividend | | | Sold | 12/04 | J | A | |
| 24.   -Diageo PLC SPSD | A | Dividend | | | Transferred (to line 54) | 04/25 | J | | |
| 25.   Fidelity Investments - Brokerage Account # 3 | | | | | | | | | |
| 26.   -Cash Account - Fidelity Investments | A | Interest | | | Closed | 10/20 | J | | |
| 27.   -Equitable Res Inc | A | Dividend | | | Sold | 04/08 | K | E | |
| 28.   -Devon Energy | A | Dividend | | | Sold (part) | 04/08 | K | D | |
| 29. | | | | | Transferred (to line 53) | 04/25 | J | | |
| 30.   -Rydex URSA | | | | | Sold | 05/12 | K | B | |
| 31.   -T Rowe Price New Asia | | | | | Sold | 12/04 | J | A | |
| 32.   -ISHARES TR Dow Jones | A | Dividend | | | Sold | 12/04 | K | A | |
| 33.   -Walgreen Company | A | Dividend | | | purchase | 02/01 | J | | |
| 34. | | | | | sale | 12/05 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Japan Fund Class S | | None | | | Sold | 12/04 | J | A | |
| 36. Community Trust Bank, Accounts | C | Interest | L | T | | | | | |
| 37. Jackson Parish, LA property (1/6 int) (Hutcheson) | | None | J | W | | | | | |
| 38. Jackson Parish, LA property (1/3 int) (Steele/Sherrard) | B | Rent | K | W | Sold (part) | 12/31 | J | A | Timber sale, Ewing Timber |
| 39. Jackson Parish, LA property (1/3 int) (Steele Hard 40) | A | Rent | K | W | Sold (part) | 12/31 | J | A | Timber sale, Ewing Timber |
| 40. Jackson Parish, LA property (1/3 int) (Goodwood) | | None | J | W | | | | | |
| 41. Bienville parish, LA property (1/3 int) (Gates) | | None | J | W | | | | | |
| 42. Union Parish, LA property (Franklin) | | None | J | W | | | | | |
| 43. Fuller Estate (1/4 int) | | None | | | Sold | 12/31 | K | A | State of Louisiana |
| 44. Lincoln Parish, LA mineral interest (1/3 int) | D | Rent | J | W | | | | | |
| 45. ████ (Goldsmith Estate) | | None | J | W | | | | | |
| 46. 1st National Bank, Account "X" | | None | J | T | | | | | |
| 47. Smith Barney - Brokerage Account | | | | | | | | | |
| 48. -Wal Mart | A | Dividend | J | T | Buy | 04/23 | J | | Gift from Louise W. Tyler |
| 49. Fidelity Investments - Brokerage Account # 4 | | | | | | | | | |
| 50. -Cash | B | Interest | M | T | Open | 04/25 | J | | |
| 51. -AFLAC Inc | A | Dividend | J | T | Transferred (from line 20) | 04/25 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Automatic Data Processing, Inc | A | Dividend | J | T | Transferred (from line 16) | 04/25 | J | | |
| 53. -Devon Energy | A | Dividend | J | T | Transferred (from line 28) | 04/25 | J | | |
| 54. -Diageo PLC | A | Dividend | J | T | Transferred (from line 24) | 04/25 | J | | |
| 55. -Encana Corp | A | Dividend | J | T | Transferred (from line 19) | 04/25 | J | | |
| 56. -Pepsico Inc | A | Dividend | J | T | Transferred (from line 17) | 04/25 | J | | |
| 57. -Microsoft Corp | A | Dividend | | | Buy | 05/14 | K | | |
| 58. | | | | | Sold | 12/04 | J | A | |
| 59. -Charles Schwab | A | Dividend | | | Buy | 08/13 | J | | |
| 60. | | | | | Sold | 12/04 | J | C | |
| 61. -Walgreens | A | Dividend | | | Buy | 02/01 | J | | |
| 62. | | | | | Sold | 12/05 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544